IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| DONNIA LYNN GRIFFIN,<br>　　　Plaintiff,<br><br>-versus-<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br>　　　Defendant. | Civil Action No. 9:08-CV-3750-TLW-BM<br><br>**REPORT AND RECOMMENDATION** |

This matter is before the court on motion of the Plaintiff filed October 27, 2009, to dismiss her Social Security appeal under the provisions of Federal Rule of Civil Procedure 41(B), without prejudice. The Defendant consents to this dismissal.

Now, therefore,

It is recommended that the Plaintiff's motion be granted, and this action is dismissed, without prejudice.

_____
Bristow Marchant
United States Magistrate Judge

October 28, 2009

Charleston, South Carolina



## Notice of Right to File Objections to Report and Recommendation

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Court Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. In the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005).

Specific written objections must be filed within ten (10) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The time calculation of this ten-day period excludes weekends and holidays and provides for an additional three (3) days for filing by mail. Fed. R. Civ. P. 6(a) & (e). Filing by mail pursuant to Fed. R. Civ. P. 5 may be accomplished by mailing objections to:

> Larry W. Propes, Clerk
> United States District Court
> P.O. Box 835
> Charleston, South Carolina 29402

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985).