IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Donnia Lynn Griffin, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 9:08-3750-TLW-BM |
| | ) | |
| Michael J. Astrue, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

# ORDER

Plaintiff has brought this action to obtain judicial review of a final decision of the defendant, Commissioner of Social Security, denying her claims for disability benefits. On October 27, 2009, the plaintiff filed a motion to voluntarily dismiss this action. (Doc. #19). In the motion, the plaintiff notes that she has been granted disability benefits by the Social Security Administration under a subsequent claim which renders the current action moot. (Doc. #19). The defendant specifically notes its consent to the dismissal within the motion. (Doc. #19).

This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(a), DSC. In the Report, the Magistrate Judge recommends that the plaintiff's motion to voluntarily dismiss this action be granted. (Doc. #20). The defendant has not objected to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #20). For the reasons articulated by the Magistrate Judge, the plaintiff's motion to dismiss this action, (Doc. #19), is **GRANTED**, and this action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

January 29, 2010
Florence, South Carolina